IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L. Koffman and Bobbi J. Koffman,<br>                Debtor(s) | Bankruptcy No.15-21314- CMB<br><br>Chapter 13 |
| Adam L. Koffman and Bobbi J. Koffman,<br>Movant | Related to Doc. No. 70 and 75<br>Doc. No. |
| Ditech Financial LLC, and<br>Ronda J. Winnecour, Chapter 13 Trustee | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 20, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 10, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  February 21, 2017              /s/ Corey J. Sacca_____
                                                          Corey J. Sacca, Esq.
                                                          PA ID 306741
                                                          Bononi & Company, P.C.
                                                          20 North Pennsylvania Ave
                                                          Suite 201
                                                          Greensburg, PA 15601
                                                          724-832-2499
                                                          csacca@bononilaw.com

**PAWB Local Form 25 (07/13)**