IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-21314-CMB |
| Adam L. Koffman | : | Chapter 13 |
| Bobbi J. Koffman | : | |
| Debtors | : | Doc. No. 70 |
| | : | |
| Adam L. Koffman and | : | |
| Bobbi J. Koffman | : | |
| Movants | : | |
| | : | |
| v. | : | **ENTERED BY DEFAULT** |
| | : | |
| Ditech Financial LLC | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Respondent | : | |

ORDER APPROVING LOAN MODIFICATION

AND NOW, this _____16th_____ day of _____March_____, 2017, upon consideration of the Motion to Approve Loan Modification of the Debtors, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtors are permitted to enter into the permanent loan modification attached to Debtors' Motion.
2. If the loan modification impacts the provisions of the Debtors' Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.
3. If the loan modification results in a material change in the Debtor's expense the Debtors shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.
4. The Debtor within seven (7) days of this Order shall file the Loss Mitigation Program Final Report.

BY THE COURT:

*Carlota M. Böhm* **dmr**
Carlota M. Böhm
United States Bankruptcy Judge

FILED
3/16/17 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 15-21314-CMB
Adam L Koffman                                                      Chapter 13
Bobbi J. Koffman
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                Page 1 of 1         Date Rcvd: Mar 16, 2017
                              Form ID: pdf900           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db/jdb         +Adam L Koffman,    Bobbi J. Koffman,    119 Deer Road,    Saltsburg, PA 15681-2415
14029109       +Bank of America,    P.O. Box 660933,    Dallas, TX 75266-0933
14029111        ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14029114       +Santander,    Po Box 961245,    Ft Worth, TX 76161-0244
14036821       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 17 2017 01:39:31     Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
14029110       +E-mail/Text: bankruptcy@cavps.com Mar 17 2017 01:39:58    Calvary Portfolio Services,
                 Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
14030899       +E-mail/Text: bankruptcy@cavps.com Mar 17 2017 01:39:58    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14029112        E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 01:41:51     Green Tree Servicing L,
                 332 Minnesota St Ste 610,   Saint Paul, MN 55101
14054038        E-mail/Text: bankruptcy.bnc@ditech.com Mar 17 2017 01:39:31     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
14029113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2017 01:52:37
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541
14104659        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2017 01:52:25
                 Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC, as authorized servicer for C
cr              Ditech Financial LLC, as authorized servicer for C
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., ecfmail@mwc-law.com
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., Asset-Backed Certificates Trust 2005-4, as owner and holder of account/contract originated
               by Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```