IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-21314 CMB |
| ADAM L. KOFFMAN and<br>BOBBI J. KOFFMAN, | Chapter 13 |
| Debtors. | |
| ADAM L. KOFFMAN and<br>BOBBI J. KOFFMAN, | |
| Movants, | |
| v. | Related Doc. No. 51 |
| DITECH FINANCIAL LLC and<br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE, | |
| Respondents. | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

On June 6, 2016, this Court entered the Loss Mitigation Order ("LMP Order") directing the above-captioned parties to participate in the Court's Loss Mitigation Program ("LMP"). Pursuant to the LMP Order and the Local Rules, the LMP Period terminates ninety (90) days from entry of the LMP Order unless extended. The LMP Order further provides that the Debtor shall submit an LMP Final Report within seven (7) days of the termination of the LMP Period. In this case, the record reflects that the LMP Period expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Within fifteen (15) days from the date of this Order, the Debtor shall file one of the following:

1

    a. An appropriate Motion to Extend the Loss Mitigation Period, setting forth the specific reasons why the parties were unable to reach a consensual resolution on or before the expiration of the LMP Period and why an extension of the LMP Period should be granted by the Court;

    *or*

    b. An LMP Final Report.

2. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court intends to ensure that LMP matters progress to completion.

3. If a party to the LMP has not been cooperating or proceeding in good faith as required by the Local Rules, the matter shall be brought to the attention of the Court for resolution.

Date: April 19, 2017

                                Carlota M. Böhm  
                                United States Bankruptcy Judge

FILED  
4/19/17 11:10 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-21314-CMB
Adam L Koffman                                                  Chapter 13
Bobbi J. Koffman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric              Page 1 of 1                  Date Rcvd: Apr 19, 2017
                               Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +Adam L Koffman,    Bobbi J. Koffman,    119 Deer Road,    Saltsburg, PA 15681-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Apr 20 2017 01:27:07      Ditech Financial LLC,
                PO BOX 0049,    Palatine, IL 60055-0001
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Ditech Financial LLC, as authorized servicer for C
cr                Ditech Financial LLC, as authorized servicer for C
                                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., ecfmail@mwc-law.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., Asset-Backed Certificates Trust 2005-4, as owner and holder of account/contract originated
               by Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 7