# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ADAM L & BOBBI J. KOFFMAN |
| **Case Number:** | 15-21314-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, MAY 04, 2017 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/5/17 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#87 - Amended Plan Dated 4/20/2017 (NFC)
R / M #:  87 / 0

### *Appearances:*

Sacca

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/6/17 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/26/2017   2:14:16PM