## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                                          Case No. 15-21314-CMB
                                                                Chapter 13
ADAM L KOFFMAN

BOBBI J. KOFFMAN

Debtor(s).

### NOTICE OF APPEARANCE

**The Bank of New York Mellon as Trustee for CWABS, Inc [1,2]**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 8th day of September, 2017.

By:   _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4
2  This Loan is currently serviced by Select Portfolio Servicing, Inc..
3  For reference, the property address associated with the undersigned's representation is 119 Deer Road, Saltsburg, PA 15681.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 8th day of September, 2017, to the following:

Corey J. Sacca
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15601
csacca@bononilaw.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Adam L Koffman
119 Deer Road
Saltsburg, PA 15681

Bobbi J. Koffman
119 Deer Road
Saltsburg, PA 15681
*Debtor(s)*

Dated this 8th day of September, 2017.

By: ___/s/ Christopher M. McMonagle, Esquire___
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200,
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor