**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21314-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Adam L Koffman<br>119 Deer Road<br>Saltsburg PA 15681 | Bobbi J. Koffman<br>119 Deer Road<br>Saltsburg PA 15681 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154,<br>Telephone number: 888-298-7785 | Select Portfolio Servicing, Inc., et. al<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/30/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-21314-CMB
Adam L Koffman                                                                          Chapter 13
Bobbi J. Koffman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                  Page 1 of 1               Date Rcvd: Sep 28, 2017
                              Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14054038       E-mail/Text: bankruptcy.bnc@ditech.com Sep 29 2017 01:29:10      Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., ecfmail@mwc-law.com
              Christopher M. McMonagle    on behalf of Creditor    Ditech Financial LLC, as authorized servicer
               for CWABS, Inc., cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               CWABS, Inc. cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., Asset-Backed Certificates Trust 2005-4, as owner and holder of account/contract originated
               by Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9