UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-21314-CMB |
| | ) | |
| Adam L. Koffman and Bobbi J. Koffman, | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Related to Claim #3 |
| | ) | |
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 c/o Select Portfolio Servicing, Inc. | ) ) ) ) ) ) | |
| Movant | ) ) | |
| Vs. | ) ) | |
| Adam L. Koffman, Bobbi J. Koffman, and Ronda J. Winnecour, Esq., Trustee | ) ) ) | |
| Respondents | ) | |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. The Bank of New York Mellon as Trustee for CWABS, Inc. Asset- Backed Certificates, Series 2005-4 c/o Select Portfolio Servicing, Inc. filed a Notice of Mortgage Payment Change on January 9, 2018.
2. Debtor's current escrow account payment was $329.34 per month.
3. Debtor's new escrow account payment is $274.10 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,723.92 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date: January 10, 2018                /s/ Corey J. Sacca
                                      Corey J. Sacca, Esq.
                                      PA ID # 306741
                                      Bononi & Company, P.C.
                                      20 North Pennsylvania Ave, Suite 201
                                      Greensburg, PA 15601
                                      (724) 832-2499
                                      csacca@bononilaw.com