IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Adam L. Koffman and Bobbi J. Koffman,
                    Debtor(s)

Bankruptcy No. 15-21314-CMB`

Chapter 13

Related to Document No. 103

**CERTIFICATE OF SERVICE OF**
**WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR DEBTOR, ADAM L. KOFFMAN**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on January 11, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to Rockway Concrete, c/o Payroll Coordinator, 570 County Road, Saltsburg, PA 15681.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 11, 2018

 */s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

**PAWB Local Form 7 (07/13)**