IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Adam L. Koffman and Bobbi J. Koffman,<br>    Debtor(s) | Bankruptcy No. 15-21314-CMB`<br><br>Chapter 13<br><br>Related to Document No. 102 |

## CERTIFICATE OF SERVICE OF
## WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR JOINT DEBTOR, BOBBI J. KOFFMAN

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on January 11, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid Loyalhanna Care Center, c/o Payroll Coordinator, 535 McFarland Road, Latrobe, PA 15650.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Corey J. Sacca*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 20 N. Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Greensburg, PA  15601-2337
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 csacca@bononilaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 (724) 832-2499
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 PA ID# 306741

**PAWB Local Form 7 (07/13)**