Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Adam L Koffman
Bobbi J. Koffman**
  Debtor(s)

Bankruptcy Case No.: 15–21314–CMB

Chapter: 13
Docket No.: 109 – 108
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 1, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 17, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-21314-CMB
Adam L Koffman                                                  Chapter 13
Bobbi J. Koffman
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric           Page 1 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: 410         Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db/jdb         +Adam L Koffman,    Bobbi J. Koffman,    119 Deer Road,    Saltsburg, PA 15681-2415
cr             +The Bank of New York Mellon as Trustee for CWABS,,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3400
14029109       +Bank of America,    P.O. Box 660933,    Dallas, TX 75266-0933
14029111        ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14029114       +Santander,    Po Box 961245,    Ft Worth, TX 76161-0244
14036821       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2018 01:43:07      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
14029110       +E-mail/Text: bankruptcy@cavps.com Aug 18 2018 01:43:37      Calvary Portfolio Services,
                 Attention:   Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
14030899       +E-mail/Text: bankruptcy@cavps.com Aug 18 2018 01:43:38      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14029112        E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 01:48:12      Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
14054038        E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2018 01:43:07      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
14029113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 01:47:49
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14104659        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 01:48:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14700889        E-mail/Text: jennifer.chacon@spservicing.com Aug 18 2018 01:43:59
                 Select Portfolio Servicing, Inc., et. al,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC, as authorized servicer for C
cr              Ditech Financial LLC, as authorized servicer for C
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Christopher M. McMonagle    on behalf of Creditor    Ditech Financial LLC, as authorized servicer
               for CWABS, Inc., cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               CWABS, Inc., cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., Asset-Backed Certificates Trust 2005-4, as owner and holder of account/contract originated
               by Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: dric                 Page 2 of 2                Date Rcvd: Aug 17, 2018
                              Form ID: 410               Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 9