Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Adam L Koffman** | : | Case No. 15−21314−CMB |
| **Bobbi J. Koffman** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 108 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 25th of October, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 15-21314-CMB
Adam L Koffman                                                                   Chapter 13
Bobbi J. Koffman
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2            Date Rcvd: Oct 25, 2018
                              Form ID: 309          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db/jdb         +Adam L Koffman,   Bobbi J. Koffman,   119 Deer Road,   Saltsburg, PA 15681-2415
cr             +The Bank of New York Mellon as Trustee for CWABS,,   1581 Main Street, Suite 200,
                 Warrington, PA 18976-3400
14029109       +Bank of America,   P.O. Box 660933,   Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:14:45     Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
14029110       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:15:26     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
14030899       +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:15:26     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14029111        EDI: ECMC.COM Oct 26 2018 06:03:00      ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
14029112        EDI: RMSC.COM Oct 26 2018 06:03:00      Green Tree Servicing L,   332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
14054038        E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:14:45     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
14029113        EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
14104659        EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14029114       +EDI: DRIV.COM Oct 26 2018 06:03:00      Santander,   Po Box 961245,   Ft Worth, TX 76161-0244
14036821       +EDI: DRIV.COM Oct 26 2018 06:03:00      Santander Consumer USA Inc,   P.O. Box 560284,
                 Dallas, TX 75356-0284
14700889        E-mail/Text: jennifer.chacon@spservicing.com Oct 26 2018 02:15:49
                 Select Portfolio Servicing, Inc., et. al,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC, as authorized servicer for C
cr              Ditech Financial LLC, as authorized servicer for C
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Christopher M. McMonagle    on behalf of Creditor   Ditech Financial LLC, as authorized servicer
               for CWABS, Inc., cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor   The Bank of New York Mellon as Trustee for
               CWABS, Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Corey J. Sacca    on behalf of Debtor Adam L Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for CWABS,
               Inc., Asset-Backed Certificates Trust 2005-4, as owner and holder of account/contract originated
               by Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

```
District/off: 0315-2              User: jhel              Page 2 of 2              Date Rcvd: Oct 25, 2018
                                  Form ID: 309            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                      TOTAL: 9